IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORTH AMERICAN METAL COMPANY, LLC,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:07-cv-440-ID ) |
| **TRANSLOAD AMERICA INC.,** et al., | ) ) ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. TLA-Alliance LLC
2. Pawtucket Transfer Operations, LLC
3. RPP America, LLC
4. TLA-Pawtucket LLC
5. TLA-Newark LLC
6. Green River Landfill, LLC
7. TLA-Bale Tech LLC
8. TLA-Rail Logistics LLC
9. TLA Rockwood LLC

1

10. Central Waste, Inc.

11. TLA-Cambridge LLC

12. TLA-Miami LLC

        **s/ James H. Pike**
        James H. Pike (PIK003)
        Attorney for Defendant
        TransLoad America Inc.

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on May 23, 2007, I electronically served a copy of this document upon:

    N.J. Cervera, Esq.
    Clifton F. Hastings, Esq.
    Cervera, Ralph & Reeves, LLC
    Post Office Box 325
    Troy, Alabama  36081

        **s/ James H. Pike**
        James H. Pike