IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORTH AMERICAN METAL COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:07-cv-440-ID ) |
| TRANSLOAD AMERICA INC., et al., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO TRANSFER VENUE

Defendant, TransLoad America Inc. ("TransLoad"), pursuant to 28 U.S.C. § 1404(a), moves to transfer this case to the Jacksonville Division of the United States District Court for the Middle District of Florida. A supporting memorandum and declaration are filed with, and made a part of, this Motion.

Respectfully submitted,

**s/ James H. Pike**
James H. Pike (PIK003)
Attorney for Defendant
TransLoad America Inc.

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

1

## **CERTIFICATE OF SERVICE**

      I, James H. Pike, certify that on May 23, 2007, I electronically served a copy of this document upon:

    N.J. Cervera, Esq.
    Clifton F. Hastings, Esq.
    Cervera, Ralph & Reeves, LLC
    Post Office Box 325
    Troy, Alabama  36081

                                          **s/ James H. Pike**
                                          James H. Pike

#2639358