IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORTH AMERICAN METAL COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:07-cv-440-ID ) |
| TRANSLOAD AMERICA INC., et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT'S NOTICE OF FILING UNDER SEAL THE DECLARATION OF DAVID C. STOLLER IN SUPPORT OF MOTION TO TRANSFER VENUE**

Defendant, TransLoad America Inc., gives notice of its filing under seal the Declaration of David C. Stoller in support of its Motion to Transfer Venue.

Respectfully submitted,

**s/ James H. Pike**
James H. Pike (PIK003)
Attorney for Defendant
TransLoad America Inc.

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

**CERTIFICATE OF SERVICE**

    I, James H. Pike, certify that on May 23, 2007, I electronically served a copy of this document, together with the attached declaration, upon:

N.J. Cervera, Esq.
Clifton F. Hastings, Esq.
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama  36081

                                                  **s/ James H. Pike**
                                                  James H. Pike

#2639392