IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORTH AMERICAN METAL COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:07-cv-440-ID |
| TRANSLOAD AMERICA INC., et al., | ) ) ) ) |
| Defendants. | ) |

**MOTION TO FILE UNDER SEAL**

Defendant, TransLoad America Inc., moves for leave to file the Declaration of David C. Stoller under seal.  In support of this motion, TransLoad states as follows.

This lawsuit arises from a dispute over the interpretation of a letter of intent between the plaintiff and the defendant.  The letter has not previously been filed with the Court.  A copy of it is attached to the Declaration of David C. Stoller as Exhibit A.

The letter of intent will assist the Court to resolve the issues.  However, a confidentiality provision in Paragraph 12 of the letter requires the parties to keep the terms of the letter confidential.  In particular, the letter includes attachments that contain confidential business and financial information that could harm the parties if obtained by a competitor.

WHEREFORE, TransLoad America Inc. moves for leave to file the Declaration of David C. Stoller, including its attached copy of the letter of intent, under seal.

Respectfully submitted,

**s/ James H. Pike**
James H. Pike (PIK003)
Attorney for Defendant
TransLoad America Inc.

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

**CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on May 23, 2007, I electronically served a copy of this document, together with the attached declaration, upon:

N.J. Cervera, Esq.
Clifton F. Hastings, Esq.
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama  36081

**s/ James H. Pike**
James H. Pike

#2639392