IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| NORTH AMERICAN METAL COMPANY, LLC, a limited liability company, </br></br> Plaintiff, </br></br> TRANSLOAD AMERICA, INC., a corporation, and fictitious Defendants A through M, being those persons or entities who may be legally responsible for the claims set forth herein and who may be added by amendment by Plaintiffs when their identities are ascertained by further discovery and who are parties to the contract described herein or are otherwise obligated to perform the duties and obligations described herein, </br></br> Defendants. | Case No. 2:07-CV-440-ID |

## MOTION TO REMAND

Plaintiff North American Metal Company, LLC, pursuant to U.S.C. Section 1447(c), requests the Court to remand this action on the following grounds:

1. This is not an action arising under the constitution, laws, or treaties of the United States, 28 U.S.C. 1331.

2. This Court lacks subject matter jurisdiction and this action is not one for which removal is provided by 28 U.S.C. 1441(a).

WHEREFORE, the Plaintiff moves this Honorable Court to remand this cause to the

-1-

Circuit Court of Pike County, Alabama. The Plaintiff submits herewith its brief in support of this Motion to Remand.

Respectfully submitted this 23rd day of May, 2007.

                                                              s/ Clifton F. Hastings
                                                              N.J. Cervera (CER001)
Clifton F. Hastings (HAS014)
Attorneys for Plaintiff
**CERVERA, RALPH & REEVES, LLC**
914 South Brundidge Street
P. O. Box 325
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 (fax)
chastings@troycable.net

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion to Remand has been provided by US Mail, postage prepaid and properly addressed this 23rd day of May, 2007, to:

James H. Pike
Attorney for Defendant
Shealy, Crum & Pike
Post Office Box 6346
Dothan, Alabama 36302-6346

                                                              s/ Clifton F. Hastings
                                                                  Clifton F. Hastings