IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORTH AMERICAN METAL COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:07-cv-440-ID |
| TRANSLOAD AMERICA INC., et al., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Richard E. Crum, Esq., hereby gives notice of his appearance as counsel for Defendant, TransLoad America Inc.

                                        **/s/ Richard E. Crum, Esq.**
                                        Richard E. Crum, Esq.  (CRU012)
                                        Attorney for Defendant
                                        TransLoad America Inc.

OF COUNSEL:
SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030

**CERTIFICATE OF SERVICE**

I, Richard E. Crum, Esq., certify that on May 24, 2007, I electronically served a copy of this document upon:

N.J. Cervera, Esq.
Clifton F. Hastings, Esq.
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama  36081

**/s/ Richard E. Crum, Esq.**
Richard E. Crum, Esq.