IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORTH AMERICAN METAL CO., LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:07cv440-ID |
| v. | ) |
| | ) |
| TRANSLOAD AMERICA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court are the following three motions: (1) Defendant TransLoad America, Inc.'s ("Defendant") motion to transfer venue to the Jacksonville Division of the United States District Court for the Middle District of Florida based upon a contractual forum selection clause (Doc. No. 3); (2) Plaintiff North American Metal Co.'s ("Plaintiff") motion to remand in which Plaintiff contends that the court lacks subject matter jurisdiction because the amount-in-controversy requirement of 28 U.S.C. § 1332 is not satisfied (Doc. No. 8); and (3) Defendant's motion to file under seal the Declaration of David C. Stroller and the attached exhibit. (Doc. No. 7.) Upon CONSIDERATION thereof, it is ORDERED as follows:

(1) Plaintiff is DIRECTED to show cause, if any there be, on or before June 8, 2007, why Defendant's motion to transfer venue should not be granted;

(2) Defendant is DIRECTED to show cause, if any there be, on or before June 8, 2007, why Plaintiff's motion to remand should not be granted; and

 (3)  for good cause shown, Defendant's motion to file under seal be and the same is hereby GRANTED.

 DONE this 25th day of May, 2007.

        /s/ Ira DeMent
        SENIOR UNITED STATES DISTRICT JUDGE