IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN METAL COMPANY, LLC, a limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| TRANSLOAD AMERICA, INC., a corporation, and fictitious Defendants A through M, being those persons or entities who may be legally responsible for the claims set forth herein and who may be added by amendment by Plaintiffs when their identities are ascertained by further discovery and who are parties to the contract described herein or are otherwise obligated to perform the duties and obligations described herein, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:07-CV-440-ID |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CHANGE VENUE**

On May 23, 2007, Plaintiff North American Metal Company, LLC, pursuant to U.S.C. Section 1447(c), requested this Honorable Court to remand this action on the following grounds:

1. The amount in controversy does not exceed $75,000.00 pursuant to 28 U.S.C. §1332, but rather Plaintiff's action is a declaratory judgment action asking this Honorable Court to declare the rights of all parties to the contract. This is not an action arising under the constitution, laws, or treaties of the United States, 28 U.S.C. 1331. This Court lacks subject matter jurisdiction and this action is not one

for which removal is provided by 28 U.S.C. 1441(a). Therefore, jurisdiction is proper in the Circuit Court of Pike County, Alabama rather than Federal Court.

2. Plaintiff further submits that an oral agreement entered into between the Plaintiff and Defendant occurred in Pike County, Alabama and therefore, jurisdiction is proper in the Circuit Court of Pike County, Alabama.

3. Defense's Motion for Change of Venue is improper because Plaintiff's Motion to Remand is proper, with venue being proper in the Circuit Court of Pike County, Alabama. Accordingly, this Honorable Court would have no jurisdiction to thus transfer venue.

4. Plaintiff thus maintains venue is clearly proper in the Circuit Court of Pike County, Alabama and respectfully requests the Court to rule accordingly remanding the case to the Circuit Court of Pike County, Alabama and deny the Defendant's Motion to Transfer Venue.

Respectfully submitted this 8th day of June, 2007.

          s/ Clifton F. Hastings
N.J. Cervera (CER001)
Clifton F. Hastings (HAS014)
Attorneys for Plaintiff
**CERVERA, RALPH & REEVES, LLC**
914 South Brundidge Street
P. O. Box 325
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 (fax)
chastings@troycable.net

**CERTIFICATE OF SERVICE**

    I hereby certify a copy of the foregoing Motion has been provided by US Mail, postage prepaid and properly addressed this 8th day of June, 2007, to:

James H. Pike
Attorney for Defendant
Shealy, Crum & Pike
Post Office Box 6346
Dothan, Alabama 36302-6346

                                                      s/ Clifton F. Hastings
                                                       Clifton F. Hastings