**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Circuit Clerk of Pike County
   120 West Church Street
   Troy, AL 36081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _L Dicky_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
L Dicky                          6-27-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

2:07cv 440
#15 order

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 9198

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540